# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA PORTER,<br><br>       Plaintiff,<br>   v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>       Defendant. | )<br>)<br>) **Case No.: 1:11-cv-63-SJM**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

   NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

                             /s/ Amy L. Bennecoff
                             Amy L. Bennecoff
                             Attorney ID # 202745
                             Kimmel & Silverman, P.C
                             30 E. Butler Pike
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Facsimile 877-788-2864
                             Email: abennecoff@creditlaw.com